# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CARL EICHORN,**

        Petitioner,

        -vs-                                **Case No. 14-C-1467**

**PAUL S. KEMPER,**
**Warden, Racine Correctional Institution,**

        Respondent.

## DECISION AND ORDER

Carl Eichorn filed this petition for a writ of habeas corpus in November. Since then, there are forty additional docket entries, even though the Court has yet to review Eichorn's petition under Rule 4 of the Rules Governing Section 2254 Cases. Some of these entries were given colorful docket entry descriptions, e.g., ECF No. 26, "LETTER from Carl Eichorn stating he will be getting an expungement on the seven cases, as well as a job once he's out, so 'why not now';" ECF No. 28, "LETTER from Carl Eichorn stating Chinese nation told him to appeal any outcome on the 2012 case;" ECF No. 31, "LETTER from petitioner regarding 'gentleman, burglary and war in Burma;" and ECF No. 32, "LETTER from petitioner regarding Huber and stating that 'God wants me to work until I'm 92 only.'"

In his petition, Eichorn states that he wants to "expunge" guilty pleas from seven cases that were brought between 1975 and 2010. Eichorn also states that he "didn't appeal" any of these cases. Aside from timeliness issues, it is therefore transparently obvious that Eichorn failed to exhaust his remedies in state court. 28 U.S.C. § 2254(b)(1)(A).

In connection with this Order, the Court must determine whether to issue or deny a certificate of appealability. Rule 11(a), Rules Governing Section 2254 Cases. Eichorn failed to make a "substantial showing" that "jurists of reason could disagree" with this Court's "resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). Therefore, the Court will not issue a certificate for appeal.

Eichorn's petition is **DENIED**. The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 9th day of April, 2015.

SO ORDERED:

_____
HON. RUDOLPH T. RANDA
U.S. District Judge